Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Stephen J. Steinlight**
D 212.704.6008
stephen.steinlight@troutman.com

May 4, 2021

<u>VIA ECF</u>

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

---

Application granted.

Plaintiff shall file his Amended Complaint on or before May 18, 2021; thereafter, Defendants shall answer or otherwise move with respect to the Amended Complaint on or before June 15, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        May 6, 2021

---

**Re:** *Chaim B. Tescher v. Experian Information Solutions, Inc., et al,* **21-cv-02266 (S.D.N.Y.) – Plaintiff's Request for Leave to File an Amended Complaint and Credit Plus's Request for an Extension of Time to Respond**

Dear Judge Halpern:

Defendant Credit Plus, Inc. ("Credit Plus") and Plaintiff Chaim B. Tescher ("Plaintiff"), write to request an extension of time for Plaintiff to file an Amended Complaint and for Credit Plus to respond to Plaintiff's Amended Complaint, once filed.

The original deadline for Credit Plus to respond to the Complaint was March 23, 2021.  *See* Fed. R. Civ. P. 81(C)(2).  Credit Plus requested an extension on March 19, 2021 for a response date of April 20, 2021, which was granted on March 22, 2021.  ECF No. 8.  Thereafter, on April 12, 2021, the Court reset Credit Plus's response deadline to May 4, 2021, to be consistent with the response deadline of co-defendants.

Credit Plus anticipated filing a Motion to Dismiss Plaintiff's Complaint.  In accordance with the Court's instructions, Plaintiff and Credit Plus exchanged pre-motion letters.  Based on this exchange, Plaintiff seeks to amend his Complaint.  Accordingly, Credit Plus and Plaintiff jointly request an extension of time for Plaintiff to file an Amended Complaint until and including May 18, 2021, and an extension of time for Credit Plus to answer, move, or otherwise respond to the operative complaint until and including June 15, 2021.

Respectfully submitted,

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc: Counsel of Record via ECF