UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM B. TESCHER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LOANDEPOT.COM LLC; PHH MORTGAGE SERVICES; CREDIT PLUS INC.,<br><br>Defendants, | Case No.: 7:21-cv-02266<br><br>**PROPOSED ORDER GRANTING CONSENT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT LOANDEPOT'S MOTION TO DISMISS** |

Pursuant to Plaintiff's Consent Motion for Extension of the Briefing Schedule on Defendant LoanDepot's Motion to Dismiss, and good cause being shown thereby, it is hereby ORDERED that:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss ~~will now be due on~~ **shall be served, not filed, on** August 17, 2021.
2. Defendant's Reply ~~will now be due~~ **shall be served** on August 24, 2021.

IT IS SO ORDERED.

Dated: **August 4, 2021**

_____

U.S.D.C. Judge Philip M. Halpern

**3. The parties shall file all motion papaers on August 24, 2021.**