UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM B. TESCHER,

               Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. and PHH MORTGAGE SERVICES,

               Defendant.

**ORDER**

21-CV-02266 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a discovery conference on February 22, 2023 regarding the deposition of Plaintiff's testifying expert, Evan Hendricks. As discussed during the conference:

1. Plaintiff is directed to provide Defendant with Mr. Hendrick's address by no later than February 22, 2023 at 5:00 p.m.

2. Plaintiff is directed to produce Mr. Hendricks for a deposition before March 8, 2023. If Mr. Hendricks fails to appear for a deposition by March 8, 2023, Plaintiff shall be precluded from offering Mr. Hendrick's testimony or expert report at trial.

3. Plaintiff's request to depose Defendant's testifying expert is denied.

                          **SO ORDERED.**

Dated: White Plains, New York
         February 22, 2023

                          _____
                          PHILIP M. HALPERN
                          United States District Judge