# JONES DAY

250 VESEY STREET • N...

TELEPHONE: +1.212.326.3...

> Application denied.
>
> The Clerk of Court is respectfully directed to strike Doc. 117-1, Doc. 118-1, Doc. 121-1 from the docket. Defendant is directed to re-file the 56.1 Statement with the account numbers redacted.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             July 27, 2023

July ...

<u>VIA ECF</u>
Hon. Philip Halpern
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   *Chaim Tescher v. Experian Info. Sols., Inc.*, No. 7:21-cv-2266-PMH (S.D.N.Y.)
        <u>Request to Seal ECF Nos. 117-1, 118-1, and 121-1</u>

Dear Judge Halpern:

  Defendant Experian Information Solutions, Inc. ("Experian") writes on behalf of the parties to request that the Court seal the Rule 56.1 Statements previously filed by the parties, ECF Nos. 117-1, 118-1, and 121-1, and that the attached, redacted versions of those documents (Exs. 1, 2, and 3) replace the publicly-filed documents. The parties recently discovered that the 56.1 Statements inadvertently contain two unredacted account numbers associated with Plaintiff's mortgage accounts. The attached, redacted versions contain the redactions. Plaintiff joins in this request.

                                                      Respectfully submitted,

                                                      */s/ Brett M. Weinstein*
                                                      Brett M. Weinstein

cc: All counsel of record (via ECF)