**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHAIM B. TESCHER,

                Plaintiff,

-against-                              21 **CIVIL** 2266 (PMH)

**JUDGMENT**

EXPERIAN INFORMATION SOLUTIONS,
INC.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 12, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 12, 2024

                                               **DANIEL ORTIZ**
                                               **Acting Clerk of Court**
                       **BY:**      *K. Mango*
                                                    **Deputy Clerk**